**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.	CASE NO: 8:13-cr-455-T-24EAJ

SELATHIEL FRAZIER

_____

**ORDER**

This cause comes before the Court on *pro se* Defendant's motion for credit for time served.  (Doc. No. 74)

On August 13, 2014, the Court sentenced Defendant to 96-months' imprisonment, and allowed Defendant to surrender to the designated institution as notified by the U.S. Marshal.  (Doc. No. 62)  Defendant's motion requests credit for time spent in home confinement prior to September 23, 2014, the day of Defendant's self-surrender.  (Doc. No. 74)  However, Defendant is not entitled to credit the time spent in pre-sentence home confinement toward the service of a term of imprisonment.  *See Rodriguez v. Lamer,* 60 F.3d 745, 748 (11th Cir. 1995); *United States v. Anderson*, 517 F. App'x 772, 776 (11th Cir. 2013).  Accordingly, Defendant's motion is **DENIED.**

**DONE AND ORDERED** at Tampa, Florida, this 10th day of November, 2014.

*[signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies To:
*Pro Se* Defendant
Counsel of Record